## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Z. N.
                Plaintiff,

v.                                        Case No.: 1:25−cv−07284
                                        Honorable Matthew F. Kennelly

Sam Olson
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 7/11/2025. The petitioner's motion to withdraw motion [15] is granted. The petitioner's motion to stay and for temporary restraining order [14] is withdrawn without prejudice. The order of 7/1/2025 extending the stay entered by Judge Harjani remains in effect, but the schedule that was entered in that order regarding briefing and oral argument is vacated [13]. The case is set for in person status hearing on 7/23/2025 at 9:45 a.m. The hearing will be held in Courtroom 2103. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.